1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

JOSEPH B. MATTHEWS

11

        Plaintiff,                    No. CIV S-09-2415 GGH P

12

    vs.

13

LAHEY, et al.,
                Defendants.          ORDER FOR PAYMENT

14

15

/    OF INMATE FILING FEE

16

To:  The Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17

Sacramento, California 95814:

18

           Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19

pay the statutory filing fee of $350.00 for this action.  Plaintiff has been assessed an initial partial

20

filing fee of $4.47 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that

21

initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

22

twenty percent of the preceding month's income credited to plaintiff's trust account.  The

23

California Department of Corrections and Rehabilitation is required to send to the Clerk of the

24

Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account

25

each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is

26

paid in full.  28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in the amount of $4.47  and shall forward the amount to the Clerk of the Court.  Said payment shall be clearly identified by the name and number assigned to this action.

2.  Thereafter, the Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account the $345.53 balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: October 27, 2009

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:AB
matt2415.cdc