IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. MATTHEWS

     Plaintiff,                        No. CIV S-09-2415 GGH P

   vs.

LAHEY, et al.,                           <u>ORDER</u>

     Defendants.

_____/

      Pursuant to order filed November 17, 2009, responsive to plaintiff's motion for a preliminary injunction, defendants were directed to inform the court no later than November 30, 2009, whether a clavicle brace would be beneficial to plaintiff at this stage of his recovery. The deadline has passed, and review of the court's docket indicates that defendants were not served with the court's November 17, 2009 order.

      Accordingly, IT IS HEREBY ORDERED that defendants shall, on or before December 18, 2009, file with the court and serve upon plaintiff the previously requested

\\\\\

\\\\\

\\\\\

\\\\\

1

1 information. The Clerk of Court is directed to serve a copy of this order, and a copy of this
2 court's order filed November 17, 2009 (Doc. 17), on both defendants and plaintiff.
3 DATED: December 3, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE