IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. MATTHEWS,

    Plaintiff,                    No. CIV S-09-2415 GEB GGH P

    vs.

LAHEY, et al.,

    Defendants.               <u>ORDER</u>

        /

    Plaintiff, a prisoner proceeding pro se in this civil rights action, requests issuance of two subpoenas, "signed but otherwise blank," for production of authenticated documents by defendant Dr. A. Traquina. Docket No. 23. Plaintiff generally describes the documents as his own medical and mental health records. In the absence of more specific information, the Clerk of Court will be directed to provide plaintiff with two blank subpoena forms for which plaintiff will be responsible for completing and serving. Plaintiff may not use the subpoena forms for any other purpose than as stated above.

    Accordingly, plaintiff's motion for issuance of subpoenas (Docket No. 24) is granted in part; the Clerk of Court is directed to provide plaintiff with two blank subpoena forms.

    SO ORDERED.

DATED: January 11, 2010

                                  /s/ Gregory G. Hollows

                               United States Magistrate Judge

1