IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. MATTHEWS,

      Plaintiff,                      No. CIV S-09-2415 GEB KJN P

    vs.

LAHEY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 17, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed by November 30, 2009. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed November 17, 2009, are adopted in full;

2. Plaintiff's motion for a preliminary injunction filed August 27, 2009 (docket no. 4) is granted in part, in that:

    a. Defendants are ordered to provide plaintiff with the exercise resistance band without fourteen days of the filed date of this order, if it has not already occurred.

    b. The motion for preliminary injunction is otherwise denied.

Dated:  March 15, 2010

GARLAND E. BURRELL, JR.
United States District Judge