1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9    JOSEPH B. MATTHEWS,

10              Plaintiff,                        No. 2:09-cv-2415 GEB KJN P

11        vs.

12   LAHEY, et al.,

13              Defendants.                       ORDER

14   _____/

15              On May 21, 2010, the Magistrate Judge issued an order denying plaintiff's motion

16   for appointment of counsel.  On June 11, 2010, plaintiff filed a request for reconsideration of that

17   order.  Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration

18   thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on

19   the parties. . ."  E.D. Local Rule 303(b).  Plaintiff's request for reconsideration of the magistrate

20   judge's order of May 21, 2010 is therefore untimely.

21              Accordingly, IT IS HEREBY ORDERED that plaintiff's June 11, 2010 request

22   for reconsideration is denied.

23   Dated:  July 1, 2010

24

25                                    _____
                                      GARLAND E. BURRELL, JR.
26                                    United States District Judge