1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH B. MATTHEWS,

11           Plaintiff,                    No. 2:09-cv-2415 GEB KJN P

12        vs.

13   LAHEY, et al.,                        ORDER AND

14           Defendants.                   ORDER TO SHOW CAUSE

15   _____/

16           By an order filed May 17, 2011, this court directed the United States Marshal to

17   serve all process without prepayment of costs.  On July 11, 2011, the Marshal returned the

18   summons and complaint indicating service on defendant Basi was executed by personal service

19   on July 6, 2011.  Defendant Basi, although properly served, has not yet filed a responsive

20   pleading.  Accordingly, IT IS HEREBY ORDERED that:

21           1.  Defendant Basi show cause, within twenty-one days from the date of this

22   order, why default should not be entered;

23           2.  The Clerk of the Court shall forward a copy of this order to defendant Basi at

24   the address at which personal service was accomplished; and

25   ////

26   ////

1

1        3.  The Clerk of the Court is directed to serve a copy of this order on Monica

2  Anderson, Supervising Deputy Attorney General.

3  DATED:   August 19, 2011

4

5                           KENDALL J. NEWMAN

6                           UNITED STATES MAGISTRATE JUDGE

7  matt2415.77d

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26