1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH B. MATTHEWS,

11             Plaintiff,                    No. 2:09-cv-2415 GEB KJN P

12        vs.

13   LAHEY, et al.,

14             Defendants.                   ORDER

15   _____/

16        Plaintiff requested the appointment of counsel.  The United States Supreme Court

17   has ruled that district courts lack authority to require counsel to represent indigent prisoners in

18   § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain

19   exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to

20   28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v.

21   Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not

22   find the required exceptional circumstances.  Therefore, plaintiff's motion for the appointment of

23   counsel is denied.

24   ////

25   ////

26   ////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's September 26, 2011

2  motion for the appointment of counsel (dkt. no. 79) is denied.

3  DATED:  September 30, 2011

4

5                                    _____

6                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
7  matt2415.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2