IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. MATTHEWS,

      Plaintiff,                    No. 2:09-cv-2415 GEB KJN P

   vs.

AMRICK BASI, M.D.,

      Defendant.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On October 3, 2011, plaintiff filed an opposition to defendant's answer. Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order. Accordingly, IT IS HEREBY ORDERED that

////

////

plaintiff's October 3, 2011 opposition (dkt. no. 81) is disregarded.

DATED: October 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

matt2415.77e